# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 07-431-01 |
| : | |
| JAMES F. LYNCH : | |

## ORDER

**AND NOW**, this 31st day of August 2011, upon consideration of defendant James F. Lynch's pro se Motion to Vacate Judgment under 28 U.S.C. § 2255, And In The Alternative For A Writ of Coram Nobis under 28 U.S.C. § 1651(a) (Document No. 47, filed December 20, 2010); defendant's Supplemental Submission in Support of Motion to Vacate (Document No. 55, filed January 31, 2011); the Government's Response to Defendant's Motion for Writ of Error Coram Nobis (Document No. 56, filed February 3, 2011); Defendant James Lynch's Reply in Support of Motion to Vacate (Document No. 61, filed April 14, 2011); Defendant James Lynch's Supplemental Submission Regarding United States v. Panarella (Document No. 70, filed August 10, 2011); the Government's Response to Defendant James Lynch's Supplemental Submission Regarding United States v. Panarella (Document No. 71, filed August 16, 2011); for the reasons set forth in the Memorandum dated August 31, 2011, **IT IS ORDERED** as follows:

1. Defendant James Lynch's Alternative Motion for a Writ of Error Coram Nobis is **GRANTED**;

2. Defendant James Lynch's Motion to Vacate Judgment under 28 U.S.C. § 2255 is **DISMISSED WITHOUT PREJUDICE**;

3. Defendant James Lynch's conviction and sentence are **VACATED** and **SET ASIDE**; and

4. The Government shall **REPAY** to Defendant James Lynch all sums paid by the said defendant on account of his fine and special assessment within 90 days of the date of this Order.

**BY THE COURT:**

_____
JAN E. DUBOIS, J.