IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 07-431-02** |
| : | |
| **JAMES F. CAMPENELLA** : | |

# O R D E R

**AND NOW**, this 31st day of August 2011, upon consideration of defendant James F. Campenella's Motion to Vacate Conviction and Set Aside Sentence (Document No. 62, filed May 5, 2011); the Government's Response to Defendant's Motion to Vacate Conviction and Set Aside Sentence (Document No. 64, filed May 24, 2011); Defendant James Lynch's Reply in Support of Motion to Vacate (Document No. 67, filed June 12, 2011); for the reasons set forth in the Memorandum dated August 31, 2011, **IT IS ORDERED** as follows:

1. Defendant James Campenella's Motion to Vacate Conviction and Set Aside Sentence under 28 U.S.C. § 2255 is **GRANTED**;

2. Defendant James Campenella's conviction and sentence are **VACATED** and **SET ASIDE**; and

3. The Government shall **REPAY** to Defendant James Campenella all sums paid by the said defendant on account of his fine and special assessment within 90 days of the date of this Order.

**BY THE COURT:**

__/s/ Hon. Jan E. DuBois_____
**JAN E. DUBOIS, J.**